**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>**ARMANDO PEREZ-LOPEZ,**  )<br>  )<br>  )<br>**Defendant.**  ) | **8:10CR396**<br><br>**ORDER** |

      This matter is before the court on the defendant's Second Motion to Extend Pretrial Motion Deadline [30]. Upon review of the file, the court finds that an approximate 10-day extension should be granted.

      **IT IS ORDERED** that the Second Motion to Extend Pretrial Motion Deadline [30] is granted, in part, as follows:

      1.   The deadline for filing pretrial motions is extended to **December 6, 2010.**

      2.   In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **November 30, 2010 and December 6, 2010**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

      **DATED this 24th day of November, 2010.**

                                      **BY THE COURT:**

                                      **s/ F.A. Gossett**
                                      **United States Magistrate Judge**