### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:09CR396** |
| vs. | ) | |
| | ) | **ORDER** |
| **ARMANDO PEREZ-LOPEZ,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Third Motion to Extend Pretrial Motion Deadline [35]. Present counsel was retained and entered his appearance on November 1, 2010, the first business day following the defendant's initial appearance. At that time, the pretrial motion deadline had been set for November 19, 2010. A codefendant's pretrial motion has been pending since November 19, 2010. The defendant has already procured two extensions of this deadline and now seeks another 30-day extension. The court finds that the defendant has not shown good cause for a further extension of the pretrial motion deadline.

**IT IS ORDERED:**

1.  The defendant's Third Motion to Extend Pretrial Motion Deadline [35] is denied.

2.  A party may object to a magistrate judge's order by filing an "Objection to Magistrate Judge's Order" within 14 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.

**DATED December 6, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**