IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:10CR396 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| ARMANDO PEREZ-LOPEZ, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's objection (Filing No. 45) to the Magistrate Judge's order denying Defendant's motion for a third extension of the pretrial motion deadline.

Under 28 U.S.C. § 636(b)(1)(A) and NECrimR 59.2, the Court has reviewed the order to which the Defendant objects. A district court may set aside any part of the magistrate judge's order, on a nondispositive matter, shown to be clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A).

The Court has carefully considered the arguments presented in the motion and supporting brief, and the Court is not persuaded that the Defendant has shown good cause for a third extension of his pretrial motion deadline.

IT IS ORDERED:

1. The Defendant's objections to the Magistrate Judge's order (Filing No. 45) are denied; and

2. The Magistrate Judge's order (Filing No. 36) denying the Defendant's motion for a third extension of his pretrial motion deadline is affirmed.

DATED this 20th day of December, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge